UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Evoqua Water Technologies LLC
        Plaintiff(s),

Case No. 1:16-cv-00014

v.

M. W. Watermark, LLC; Michael Gethin, individually; Daniel Janisse, individually; and James Vande Wege, individually,
        Defendant(s).
_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, **Evoqua Water Technologies LLC** (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes  [X] No

2. Does party have any parent corporations? ☐ Yes  [X] No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes  [X] No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes  [X] No
   If yes, identify entity and nature of interest:

Date: January 8, 2016

/s/ J. Michael Huget
(Signature)